UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                      :

YELSOM EMANUEL RODRIGUEZ RAMOS,                    :

              Plaintiff,                    :

                                                      :                    21 Civ. 8617 (JPC)

       -v-                    :

                                                      :                    <u>ORDER</u>

JAY GLOBAL ENTERPRISES, INC. and GURUM            :
CORPORATION,

                                                     :

                    Defendants.                    :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 26, 2022, the Court ordered Plaintiff "to file a status letter by February 2, 2021, describing (1) whether service of the amended summons and Amended Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants." Dkt. 7 at 1.  The deadline has passed and Plaintiff has not filed this ordered status letter.  Federal Rule of Civil Procedure 41 authorizes a court to dismiss an action for failure to prosecute or comply with a court order.  Fed R. Civ. P. 41(b); *see LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . .").  By February 14, 2022, Plaintiff shall file a status letter as outlined in the Court's prior Order.  If Plaintiff fails to file the status letter and/or the proof of service on the docket by February 14, 2022, the Court may dismiss this case without further notice for failure to comply with the Court's orders and Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: February 9, 2022
      New York, New York
                                          JOHN P. CRONAN
                                    United States District Judge