```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YELSOM EMANUEL RODRIGUEZ RAMOS,                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        21 Civ. 8617 (JPC)
             -v-                                                       :
                                                                       :        ORDER
JAY GLOBAL ENTERPRISES, INC. et al.,                                   :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties reached an agreement on all issues at mediation. The case is stayed, and all deadlines and conferences are adjourned *sine die*. The parties shall move for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), or, in the alternative, submit a status letter by May 20, 2022.

SO ORDERED.

Dated: April 18, 2022  
New York, New York

                                                                JOHN P. CRONAN  
                                                          United States District Judge