```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RODRIGUEZ RAMOS,

                    Plaintiff,          21-CV-8617 (KHP)

      -against-          **ORDER**

JAY GLOBAL ENTERPRISES, INC. ET AL,

                    Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In accordance with Judge Cronan's Order at ECF No. 18, the parties shall submit their contemplated settlement agreement for the Court's *Cheeks* review by June 10, 2022.

      **SO ORDERED.**

DATED:    New York, New York
               June 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge